Certificate Number: 14912-NJ-DE-037034740

Bankruptcy Case Number: 22-19573



14912-NJ-DE-037034740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2022</u>, at <u>2:47</u> o'clock <u>PM EST</u>, <u>Jeffrey Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 11, 2022</u>     By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>